PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Email: Julie.Cummings@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MAX GOUVEIA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-01442-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 7) be extended thirty (30) days from January 26, 2024, up to and including February 26, 2024. This is the Defendant's first request for an extension.

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF
                                    Page 1                      Case No. 2:23-cv-01442-JDP

As counsel for Defendant, I make this request in good faith and for good cause. I request this extension in order to further consider the 1881-page administrative record in light of the three issues raised in Plaintiff's motion. Additionally, I have had several briefs due in recent days in multiple district courts. In the next month, I have eight more briefs due in various district courts of the Ninth Circuit, including this one, and an oral argument. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this and my other matters.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATED February 6, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   */s/ Julie A.K. Cummings*

JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

Law Office of Jared T. Walker, PC

*/s/ Jared Thomas Walker*
JARED THOMAS WALKER
(by email authorization)

Attorney for Plaintiff

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 26, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   February 6, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE